Gloria Mendoza ESPINOZA; Adaline
Mendoza,* Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–74266.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2006.**

Decided April 17, 2006.

Gloria Mendoza Espinoza, Bloomington,
CA, pro se.

Adaline Mendoza, Bloomington, CA, pro
se.

CAC–District Counsel, Esq., Office of
the District Counsel Department of Home-
land Security, Los Angeles, CA, Ronald E.
Lefevre, Chief Counsel, Office of the Dis-
trict Counsel Department of Homeland
Security, San Francisco, CA, David E.
Dauenheimer, Esq., U.S. Department of
Justice Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before SILVERMAN, McKEOWN, and
PAEZ, Circuit Judges.

---

* Adaline Mendoza also is referred to as Adilene
   Mendoza Mendoza in the record.
** The panel unanimously finds this case suit-
   able for decision without oral argument. *See*
   Fed. R.App. P. 34(a)(2).

MEMORANDUM ***

Gloria Mendoza Espinoza and her minor
daughter Adaline Mendoza, both natives
and citizens of Mexico, petition pro se for
review of the Board of Immigration Ap-
peals' ("BIA") order denying their motion
to reconsider. To the extent we have ju-
risdiction, it is conferred by 8 U.S.C.
§ 1252. We deny in part and dismiss in
part the petition for review.

Even construed liberally, petitioners'
pro se brief does not challenge the BIA's
determination that their motion should be
deemed a motion to reconsider, and as
such, was untimely. Accordingly, petition-
ers have waived any challenge to the BIA's
denial of their motion. *See Martinez–Ser-
rano v. INS*, 94 F.3d 1256, 1259–60 (9th
Cir.1996).

To the extent petitioners seek review of
the BIA's underlying order dismissing
their appeal from the immigration judge's
decision denying their applications for can-
cellation of removal, we lack jurisdiction.
*See id.* at 1258 (an alien's filing of a motion
to reopen and reconsider does not toll
statutory time to appeal underlying final
order).

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

---

*** This disposition is not appropriate for publi-
   cation and may not be cited to or by the
   courts of this circuit except as provided by
   9th Cir. R. 36–3.